**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

In re:

                                              Case No. 13-26131-NVA

**RENEE LOUISE MCCRAY,
DEBTOR.**

## NOTICE OF APPEARANCE

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Wells Fargo Bank, N.A., and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

                                              Respectfully submitted,

                                              **SAMUEL I. WHITE, P.C.**

By: **/s/  Robert A. Jones**
Randa S. Azzam, Esquire, Bar No. 22474
John E. Driscoll, Esquire, Bar No. 17161
Robert A. Jones, Esquire, Bar No.18707
Kimberly B, Lane, Esquire, Bar No. 18513
Daniel J. Pesachowitz, Esquire, Bar No. 14906
Deena Reynolds, Esquire, Bar No. 11414
Douglas S. Rubin, Esquire, Bar No. 18644
Samuel I. White, P. C.
611 Rockville Pike, Suite 100
Rockville, Maryland 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
rjones@siwpc.com

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 2nd day of October, 2013 on all necessary parties including Ellen W. Cosby, Trustee, 300 E Joppa Road, Suite 409, Towson, MD 21286; and Renee Louise McCray, Pro Se Debtor, 109 Edgewood Street , Baltimore, MD 21229.

                                              **/s/ Robert A. Jones**
                                              Samuel I. White, P. C.