**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

**Date: 10/8/13**

In re:   Case No.:   13–26131 NVA     Chapter:   13

Renee Louise McCray
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 14 – Chapter 13 Plan Filed by Renee Louise McCray. (Arter, Laurie)

PROBLEM: A Certificate of Service on all entities affected by the pleading was not filed.

CURE: A Certificate of Service on all entities affected by the pleading must be filed by the cure date shown below.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 10/22/13.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/after−filing**

                                                             Mark D. Sammons, Clerk of Court
                                                             by Deputy Clerk, Laurie Arter  301−344−3327

cc:   Debtor(s)
        Attorney for Debtor(s) – PRO SE

Form defntc (01/06)