

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                  *

   RENEE LOUISE MCCRAY             *       Case No. 13-26131-NVA

                                        *              Chapter 13

     Debtor                         *

\*       \*       \*       \*       \*       \*       \*

ORDER DISALLOWING CLAIMED EXEMPTIONS

     Upon consideration of the Trustee's Objection to Claimed Exemptions, and any response thereto, the Court finding that the exemptions claimed by the Debtor exceed the amounts allowed by applicable law, it is, by the United States Bankruptcy Court for the District of Maryland,

     ORDERED, that exemptions claimed by the Debtor are hereby disallowed.

Copies to:

Ellen W. Cosby, Trustee
Debtor(s)
Attorney for Debtor (pro se)

**END OF ORDER**