UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

IN RE:                                          }
                                                }    Case No. 13-26131-NVA
RENEE LOUISE MCCRAY                             }
                                                }    Chapter 13
       Debtor(s)                                }
                                                }
                                                }

### DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO COMMENCE PAYMENTS

Debtor states the following:

1. It is true this case was commenced by the filing of a voluntary petition under Chapter 13 of the Bankruptcy Code on September 23, 2013.

2. It is correct through the date of the Motion to Dismiss, two (2) pre-confirmation escrow payments, each in the amount of $500.00 have come due in this case, the due dates being: October 23, 2013 and November 23, 2013. However, the Debtor did not understand the payments were due to the Trustee's Office before the Confirmation Hearing. Debtor made payments directly to her creditors.

3. The Debtor did not realize she was in default of the October and November 2013 payments to the Trustee. The Debtor was misinformed and made timely payments directly to her creditors for the months of October 2013 and November 2013.

4. Debtor did not willfully violate § 1326 of the Bankruptcy Code. Debtor was not informed of this error until she consulted a Bankruptcy Advocate from the Debtor Assistance Project concerning the Trustee's Motion to Dismiss.

5. Debtor's failure to maintain plan payments to the Trustee was an unintentional error due to the Debtor's limited comprehension of the Bankruptcy procedures. The Debtor did file this case in good-faith but was uninformed of the correct procedures of the Chapter 13 process.

6. Debtor did pay her creditors timely for the months of October and November 2013, unfortunately, the Debtor did not understand she was to pay the Trustee before the Confirmation Hearing. Debtor did not intentionally violate § 1326 of the Bankruptcy Code and this case should not be dismissed. Debtor will make the next scheduled payment of

$500.00 by December 23, 2013 and the January 23, 2013 payment to the Trustee before the Confirmation Hearing of Tuesday, February 4, 2014.

**WHEREFORE**, Renee L. McCray, Debtor respectfully requests this Court deny Ellen W. Cosby, Trustee's Motion to Dismiss Case for Failure to Commence Payments due to Debtor did not willfully violate § 1326 of the Bankruptcy Code as stated above.

Dated: December 12, 2013

Respectfully submitted,

Renee L. McCray
109 Edgewood Street
Baltimore, Maryland 21229
Email: rlmccray@yahoo.com
(410) 945-2424

## AFFIDAVIT

I, Renee L. McCray, Debtor, does hereby certify under the penalties of perjury, that the facts which as set forth in this Motion, are true and correct to the best of my information, knowledge and belief.

Renee L. McCray

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed by first-class mail on December 12, 2013 to:

Ellen W. Cosby, Trustee
300 E. Joppa Rd., Suite 409
Towson, MD 21286

Renee L. McCray

2

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| IN RE: } | |
| } | Case No. 13-26131-NVA |
| RENEE LOUISE MCCRAY } | |
| } | Chapter 13 |
| Debtor(s) } | |
| } | |
| } | |

## ORDER DENYING MOTION TO
## DISMISS CASE FOR FAILURE TO COMMENCE PAYMENTS

Upon consideration of the Debtor's response to the Motion to Dismiss Case for Failure to Commence Payments this Court hereby;

**ORDERED**, that the Motion to Dismiss the case captioned above is hereby DENIED.

_____
JUDGE

cc: Debtor
    Ellen W. Cosby, Trustee
    All Creditors
    Finance

**END OF ORDER**