

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   13–26131 – NVA   Chapter:   13

Renee Louise McCray
109 Edgewood Street
Baltimore, MD 21229

### ORDER CONVERTING CHAPTER 13 CASE
### TO A CASE UNDER CHAPTER 7
### ON DEBTOR(S)' REQUEST

Upon the consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Chapter 13 Trustee – Ellen W. Cosby

**End of Order**

13.6 – *larter*