# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

Date: 1/31/14

In re:   Case No.:   13–26131 NVA    Chapter:   7

Renee Louise McCray
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:          **Voluntary Petition**

PROBLEM:           **The Statement of Intention is missing.**

CURE:              **The Statement of Intention shall be filed with the Court by the date below. A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.**

**The above deficiency must be cured by 3/3/14 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non–attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no–attorney**

                                Mark D. Sammons, Clerk of Court
                                by Deputy Clerk, Laurie Arter  301–344–3327

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE

Form stint (03/05)