FILED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: } | |
| RENEE LOUISE MCCRAY } | Case No. 13-26131 |
| } | Chapter 7 |
| DEBTOR } | |
| } | Judge Nancy V. Alquist |
| WELLS FARGO BANK, N.A., et al. | |
| } | |
| MOVANT } | MOTION TO COMPEL MOVANT'S |
| } | ATTORNEYS TO SUBMIT AN |
| vs. | AFFIDAVIT TO THIS COURT |
| } | STATING WHETHER OR NOT THEY |
| RENEE LOUISE MCCRAY and | ARE REPRESENTING THE HOLDER |
| CHARLES R. GOLDSTEIN, TRUSTEE } | IN DUE COURSE AND THE CREDITOR |
| | IN THIS MATTER AND REQUEST |
| RESPONDENTS } | FOR HEARING |

Respondent, Renee Louise McCray pursuant to, *inter alia*, Rule 1 of the F.R.Civ.P. hereby enters this Motion to Compel Movant's attorneys **to submit to this Court an affidavit signed under penalty of perjury by a party under the jurisdiction of this Court,** pursuant to, *inter alia*, F.R.Civ.P. Rule 17(a) stipulating and admitting on and for the record: 1) whether or not they are representing the Holder in Due Course and the Creditor in this matter; 2) are not in actuality acting as a debt collector in this matter.

Furthermore, compel Movant's attorneys to state on and for the record, what entity, if any, is the Holder in Due Course and the Creditor in this matter.

For clarification purposes, Respondent is **not** asking Movant's attorneys what entity is the Holder, or if they represent the Holder. Respondent has clearly stated she is asking Movant's

1

31

attorneys to stipulate as to whether or not they represent the Holder in Due Course and the Creditor in this matter and if Movant's attorneys are acting as a debt collector.

**WHEREAS,** Movant's attorneys have obfuscated facts and avoided important issues and determining factors in this matter causing undue delay in achieving a just, speedy and inexpensive resolution to this matter.

**WHEREAS,** Movant's attorneys have repeatedly misrepresented facts concerning Movant's standing to confuse this Court by claiming Movant is a Holder without denying or proving Movant is the Holder in Due Course.

**WHEREAS,** Movant's attorneys have repeatedly misrepresented facts to confuse this Court concerning Movant's standing by appearing as the Creditor without denying or proving Movant is the Creditor.

**WHEREAS,** there are no facts in evidence there was ever a risk of assets by any Movant and/or Movant's corporation in the matter that led to the non-judicial foreclosure, and ultimately this Relief from Stay.

**WHEREAS,** Movant's attorneys could not have lawfully commenced a non-judicial foreclosure against Respondent in the State of Maryland unless Movant is and was at the time of the commencement the Holder in Due Course of the Promissory Note that was integral to the Deed of Trust.

**WHEREAS,** Movant's attorneys must, pursuant to Rule 17(a) ratify the commencement of any proceeding when requested to do so by Respondent.

**WHEREAS,** this Court has the judicial discretion pursuant to Rule 1 to Compel Movant and Movant's attorneys to assist this Court in the just, speedy and inexpensive resolution to this matter.

**WHEREAS,** F.R.Civ.P. Rule 1 requires all parties to cooperate to secure the just, speedy, and inexpensive determination of every action and proceeding.

**WHEREAS,** if Movant is not the Holder in Due Course and the Creditor, the Movant's attorneys have violated Maryland Code Section 9-101 by making inconsistent statements to different government agencies.

**WHEREAS,** the aforementioned stipulations and admissions by Movant's attorneys would achieve a just, speedy and inexpensive resolution to this matter thereby saving the State's and this Court's valuable and limited resources.

**THEREFORE,** this Court should grant Respondent's Motion to Compel and order Movant's attorneys to submit affidavits under penalty of perjury declaring on and for this Court's record whether or not they represent the Holder in Due Course and the Creditor in this matter; and whether or not Movant or their attorneys are acting as debt collectors.

**THEREFORE,** Respondent moves this Court to Compel Movant for ratification of commencement in furtherance of achieving a just, speedy and inexpensive resolution to this matter pursuant to Rule 17(a) and in no way do Respondent believe this Motion to Compel will cause an undue financial burden or harass Movant and/or Movant's attorneys in any way.

**THEREFORE,** Respondent believe there is good cause and foundation in law for this Motion to Compel and absence of an affidavit by Movant's attorneys as stipulated above will negatively effect the pursuit of justice and waste the State's and this Court's valuable and limited resources.

Respectfully submitted,

*Renee L. McCray*
Renee L. McCray, Debtor/Respondent
109 North Edgewood Street
Baltimore, Maryland  21229
Email:  rlmccray@yahoo.com
(410) 945-2424


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Motion to Compel has been sent to the parties listed below by USPS Certified Mail and USPS First Class Mail on April 10, 2014. (See attached mailing receipt).


Kimberly B. Lane
Samuel I. White, P.C.
611 Rockville Pike
Suite 100
Rockville, Maryland  20852

Charles R. Goldstein, Trustee
1 East Pratt Street
Suite 800
Baltimore, Maryland  21202

Dated:  April 10, 2014

*Renee L. McCray*
Renee L. McCray

4