In re:
Renee Louise McCray
Case No 13-26131

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Motion to Compel has been sent to the parties listed below by USPS Certified Mail and USPS First Class Mail on April 10, 2014. (See attached mailing receipt).

Kimberly B. Lane
Samuel I. White, P.C.
611 Rockville Pike
Suite 100
Rockville, Maryland  20852

Charles R. Goldstein, Trustee
1 East Pratt Street
Suite 800
Baltimore, Maryland  21202

Dated:  April 10, 2014

_Renee L. McCray_
Renee L. McCray

```
               CARROLL
          BALTIMORE, Maryland
              212299998
            2303830009 -0099
04/10/2014    (800)275-8777     10:28:52 AM
═══════════════════════════════════════════
                Sales Receipt
Product          Sale   Unit        Final
Description      Qty    Price       Price

ROCKVILLE MD 20852 Zone-1           $1.61
First-Class Mail Large Env
3.80 oz.
  Expected Delivery: Sat 04/12/14
*** Return Rcpt                     $1.35
(Electronic)
Use label # 70122210000131869036 for
inquiry on Return Receipt
(Electronic).
@@ Certified                        $3.30
USPS Certified Mail #:
70122210000131869036
                                 ========
Issue PVI:                          $6.26

BALTIMORE MD 21202 Zone-0           $1.82
First-Class Mail Large Env
4.40 oz.
  Expected Delivery: Fri 04/11/14
                                 ========
Issue PVI:                          $1.82

(Forever)         1    $4.90        $4.90
Four Flags
PSA Bklt/10
(Forever)         1    $4.90        $4.90
Four Flags
PSA Bklt/10
                                 ────────
Total:                             $17.88

Paid by:
Cash                              $20.00
Change Due:                       -$2.12

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

*** IMPORTANT: For Return Receipt
(Electronic), wait one day, go to
USPS.com; select Track & Confirm; enter
label number(s); select 'Request Return
Receipt (Electronic)'; enter your name and
email address. Please make your request
within 60 days.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************


Bill#: 1000100879294
Clerk: 12

    All sales final on stamps and postage
      Refunds for guaranteed services only
          Thank you for your business
*******************************************
*******************************************
        HELP US SERVE YOU BETTER
```