**Case No. 13-2631**
**Exhibit for Relief from Stay Opposition**



# EXHIBIT

# "13"

Arizona Document Services
www.AZDocumentServices.com
AZCLDP #81339 | 480.292.7996

**RENEE L. MCCRAY**

**Real Property Located:**
109 N. EDGEWOOD STREET
BALTIMORE, MD 21229

# AFFIDAVIT OF WILLIAM McCAFFREY

I William McCaffrey, Declare as follows:

I am over the age of 18 years and qualified to make this Affidavit. I am a resident of the State of Arizona and formulate this Affidavit based on my own personal knowledge and have no direct or indirect interest in the outcome of the case at bar for which I offer my observations, analysis, opinions and testimony.

My experience in the banking industry encompasses over 30 years employment for federally insured institutions. I was formerly Business Development Manager with Indy Mac Bank FSB for over ten years and currently employed as Consultant for Housing Mortgage Consultants Inc.

I have personal knowledge and experience to render opinions in the topic areas related to the securitization of mortgage loans, derivative securities, the securities industry, Uniform Commercial Code practices, predatory lending practices, Truth in Lending Act requirements, loan origination and underwriting, accounting in the context of securitization and pooling and servicing of securitized loans, assignment and assumption of securitized loans, creation of trusts under deeds of trust, and issuance of asset backed securities and specifically mortgage-backed securities by special purpose vehicles in which an entity is named as trustee for holders of certificates of mortgage backed securities, the economics of securitized residential mortgages during the period of 2001-2008, appraisal fraud, and its effect on APR disclosure, usury and foreclosure of securitized and non-securitized residential mortgages.

Arizona Document Services
www.AZDocumentServices.com
AZCLDP #81339 | 480.292.7996

I have been qualified to testify in Maricopa County Superior Court, and US District Court. In the past few years and have served as Expert Witness in numerous civil cases. I have testified at trial in Federal and Superior Court including Nevada and Arizona. Superior Court Cases include Marshall and Isley Bank v. Izzo, Slikker v. Kondaur, Brokalakis v. National City Mortgage, and Wells Fargo Bank v. Dutson. Superior Court Judges' Ronan, Garcia, and Budoff, as well as Commissioners' Davis, Ellis, and Hamner have affirmed my expert testimony.

I am also a Securitization Analyst and use specialty-licensed software, which permits investors and licensed users to access any "named Trust-Entity" which are The Corporate/Trust Documents officially filed with the Securities and Exchange Commission.

I can find each Mortgage Note that is held by this named Trust-Entity, and I can verify its status at any given time. I have the knowledge and experience to perform these searches with accuracy.

At the request of Ms. McCray I submit this Affidavit and have personal first hand knowledge of the following facts:

October 7, 2005 the subject property with the location of 109 N. EDGEWOOD STREET BALTIMORE, MD 21229 was secured in favor of AMERICAN HOME MORTGAGE.

The loan has been securitized which is the process of aggregating large numbers of other Notes in what is called a mortgage pool and then selling security interests in that pool of mortgages to investors. The sales that took place in this case would have fractionalized possession of the Note over many different investors.

October 22, 2005 the subject loan was placed in a FREDDIE MAC MULTICLASS CERTIFICATES Real Estate Mortgage Investment Conduit ("REMIC") TRUST SERIES 3051.

AFFIDAVIT of William McCaffrey

Arizona Document Services
www.AZDocumentServices.com
AZCLDP #81339 | 480.292.7996

This trust was intended to be a REMIC within the meaning of section 860D of the Internal Revenue Code as amended in 1986 ("The Code") per the Trust Agreement which governs the rules of the subject trust. Wall Street firms successfully lobbied Congress to do away with double taxation in 1986.

This legislation created the REMIC which was not taxed at the entity level. This change automatically boosted its yields over other mortgage-backed securities that would otherwise be taxed. Unsurprisingly, REMICs displaced other types of mortgage-backed securities and soon became the dominant choice of entity for such transactions.

To obtain REMIC classification, a trust must satisfy several requirements. Of particular interest is the requirement that within three months after the trust's startup date substantially all of its assets must be qualified mortgages.

The regulations provide that substantially all of the assets of a trust are qualified mortgages, however my research indicates the subject conduit does not comply, as OCTOBER 28, 2005 was the closing date to comply with Internal Revenue Service guidelines.

JUNE 28, 2012, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS") records Corporate Assignment of Deed of Trust in violation of REMIC procedures. Subsequently the assignment is deemed void as well as any others following.

The potential holder in due course of the McCray Promissory Note therefore could not be Wells Fargo Bank, NA, or Federal Home Loan Mortgage Corporation. The holder in due course falls within one or more of the following classifications:

    (a)    Investors who purchased asset backed securities in which ownership of the loans were described with the intent to convey ownership of the obligation as evidenced by the promissory note and an interest in real property consisting of a security interest held by an entity that was described as the beneficiary of a Trust created by an instrument entitled Mortgage;

AFFIDAVIT of William McCaffrey

Arizona Document Services
www.AZDocumentServices.com
AZCLDP #81339 | 480.292.7996

      (b)    Insurers that paid some party on behalf of said investors;

      (c)    Counterparties on credit default swaps;

      (d)    Conveyances or constructive trusts arising by operation of law through cross collateralization and over-collateralization within the aggregate asset pools or later within the Special Purpose Vehicle tranches;

      (e)    Any other party that has traded in mortgage backed securities from the aggregated pools or securitized tranches containing interests in the loans;

The only course of action available to challenge such foreclosure is a judicial lawsuit brought by the borrower/obligor. The process by the foreclosing parties shifts the burden of proof to the borrowers in the loans to allege facts that are solely within the knowledge of the lenders, and which facts that are intentionally withheld from the borrowers.

Ms. McCray has no knowledge but requested information from the loan servicers and done due diligence to determine whether the note, security interest, or obligation has been extinguished, paid in whole, or in part by co-obligors, insurers and/or federal bailout funds.

All factual testimony or statements made in this Affidavit are true and correct according to my research and all opinions stated herein are pursuant to the decades of relevant experience within the banking industry.

FURTHER AFFIANT SAYETH NAUGHT

_____
William McCaffrey

SWORN TO AND SUBSCRIBED before me, the undersigned notary public, this __11__ day of __March__ 2014.

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
AARON ARGANDONA
My Commission Expires October 23, 2015

_____
Notary Public

My commission expires: 10-23-15

AFFIDAVIT of William McCaffrey

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Attachment #13 - Affidavit of William McCaffrey has been sent to the parties listed below by USPS Certified Mail and USPS first-class mail on April 10, 2014. (See attached mailing receipt)

Kimberly B. Lane
Samuel I. White, P.C.
611 Rockville Pike
Rockville, Maryland  20852

Charles R. Goldstein, Trustee
1 East Pratt Street
Suite 800
Baltimore, Maryland  21202

_____
Renee L. McCray