IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

**In re:**

**RENEE LOUISE MCCRAY,**

    **DEBTOR.**                                     **CASE NO. 13-26131-NVA**

                                                               **CHAPTER 7**

**WELLS FARGO BANK, N.A.,**

    **Movant.**

**vs.**

**RENEE LOUISE MCCRAY**
**CHARLES GOLDSTEIN, TRUSTEE,**

    **Respondents.**

### MOTION TO QUASH SUBPOENA FOR RULE 2004 EXAMINATION

COMES NOW, Wells Fargo Bank, N.A.**,** by counsel, and moves the Court to Quash the Subpoena for a 2004 Examination requested by the Debtor on April 21, 2014, and states the following in support of its Motion.

1. Undersigned counsel for Wells Fargo Bank, N.A., Kimberly B. Lane, received a Subpoena for 2004 Examination (attached as **Exhibit A**) on April 22, 2014 at her office located at 611 Rockville Pike, Ste 100, Rockville, MD 20852.

**Kimberly B. Lane, Esquire**
**Counsel for Movant**
**Samuel I White, P.C.**
**Bar No. 18513**
**611 Rockville Pike,**
**Suite 100**
**Rockville, MD 20852**
**(301) 804-3400**
**File No. 4663**

    2. Wells Fargo Bank, N.A., through undersigned counsel, requests that this Subpoena be quashed based on the following grounds:

    a. The Subpoena states that it is for a Rule 2004 Examination. However, the Debtor has not moved for, and the Court has not ordered, a Rule 2004 Examination in this case as required under Federal Rule of Bankruptcy Procedure 2004(a). Therefore, there is no basis for the Subpoena and it should be quashed.

    b. The Subpoena is not directed toward a specific person at Wells Fargo Bank, N.A. It is directed to "Wells Fargo Bank, N.A. through Counsel Kimberly B. Lane". This is improper form and creates an inherent conflict between the lender, Wells Fargo Bank, N.A. and its legal counsel, Kimberly B. Lane.

WHEREFORE, Wells Fargo Bank, N.A. requests that the Subpoena for Rule 2004 Examination be QUASHED.

Respectfully submitted,

WELLS FARGO BANK. N.A.

**SAMUEL I. WHITE, P. C.**

By: **/s/ KIMBERLY B. LANE**
Randa S. Azzam, Esquire, Bar No. 22474
Kimberly B, Lane, Esquire, Bar No. 18513
Samuel I. White, P. C.
611 Rockville Pike,
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
klane@siwpc.com

CERTIFICATE

I hereby certify that a true copy of the foregoing Motion was served by regular mail or email this 29th day of April, 2014 on all necessary parties including, Charles R. Goldstein,Trustee, 1 East Pratt Street Suite 800, Baltimore, MD ; and Renee Louise McCray, Pro- Se Debtor, 109 Edgewood Street , Baltimore, MD 21229.

**SAMUEL I. WHITE, P. C.**

By: **/s/ KIMBERLY B. LANE**