NO BASIS IN LAW OR FEDERAL RULES EXISTS FOR RELIEF REQUESTED.

Date signed April 29, 2014



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | } |
| RENEE LOUISE MCCRAY | } |
| DEBTOR | }   Case No. 13-26131 |
| | }   Chapter 7 |
| WELLS FARGO BANK, N.A., et al. | } |
| MOVANT | } |
| vs. | }   Judge Nancy V. Alquist |
| RENEE LOUISE MCCRAY and CHARLES R. GOLDSTEIN, TRUSTEE | } |
| RESPONDENTS | } |

[PROPOSED] ORDER

The Motion to Compel by the Respondent, Renee Louise McCray as captioned above having come before this court for consideration, it is this _____ day of _____, 2014, is hereby;

ORDERED that the Respondent's Motion to Compel is hereby GRANTED; and Movant's attorneys are to submit an affidavit into this Court admitting on the record whether or not they are representing the Holder in Due Course and the Creditor.

_____
Judge, United States Bankruptcy
Court for the District of Maryland