# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | } | |
| **RENEE LOUISE MCCRAY** | } | |
|     **DEBTOR** | } | Case No. 13-26131<br>Chapter 7 |
| **WELLS FARGO BANK, N.A., et al.** | } | |
|     **MOVANT** | } | |
| vs. | | Judge Nancy V. Alquist |
| | } | |
| **RENEE LOUISE MCCRAY and**<br>**CHARLES R. GOLDSTEIN, TRUSTEE** | } | |
|     **RESPONDENTS** | } | |

## AFFIDAVIT OF CORRECTION OF
## AFFIDAVIT OF NOTE EXAMINATION

Renee L. McCray, Respondent in the above reference case submitted on March 24, 2014 an Affidavit of Note Examination. Respondent is submitting an Amended Affidavit to correct a typographical error in the March 24th Affidavit. The typographical error to be corrected is shown below:

    **On Page 2 – Paragraph 5 the word unnegotiated should read negotiated.**

Respondent will submit an amended affidavit with the above correction.

                                        Respectfully submitted,

                                        Renee L. McCray
                                        109 North Edgewood Street
                                        Baltimore, Maryland 21229
                                        Email: rlmccray@yahoo.com
                                        (410) 945-2424

## AFFIDAVIT

I, Renee L. McCray, Respondent, does hereby certify under the penalties of perjury, that the facts which as set forth in this Affidavit of Correction, are true and correct to the best of my information, knowledge and belief.

*[signature]*
Renee L. McCray

AND FURTHER AFFIANT SAITH NOT

Signed: *[signature]*  Renee L. McCray, Affiant     Date: 5/2/14

## JURAT

State of Maryland   }
                    } ss:
City of Baltimore   }

Subscribed and sworn to (or affirmed) before me on this __2__ day of May 2014 by Renee L. McCray, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*[signature] Patricia Ann Strickler*
Notary

(seal)

My Commission expires: 10/3/2014

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Affidavit of Correction and Amended Affidavit of Note Examination was mailed by first-class mail on May 2, 2014 (see attached USPS mailing receipt) to:

Michael S. Barranco
TREANOR POPE & HUGHES, P.A.
500 York Road
Towson, Maryland  21204

Kimberly B. Lane
SAMUEL I WHITE PC
611 Rockville Pike
Suite 100
Rockville, Maryland  20852

Charles R. Goldstein, Trustee
1 East Pratt Street
Suite 800
Baltimore, Maryland  21202

Renee L. McCray

```
              ARLINGTON POST OFFICE
               BALTIMORE, Maryland
                   212159998
                 2303830005 -0098
05/02/2014      (410)664-2701      12:07:06 PM

                    Sales Receipt
Product             Sale   Unit         Final
Description         Qty    Price        Price

TOWSON MD 21204 Zone-0                  $0.49
First-Class Mail Letter
 0.80 oz.
 Expected Delivery: Sat 05/03/14
                                      ========
Issue PVI:                              $0.49

ROCKVILLE MD 20852 Zone-1               $0.49
First-Class Mail Letter
 0.80 oz.
 Expected Delivery: Mon 05/05/14
                                      ========
Issue PVI:                              $0.49

BALTIMORE MD 21202 Zone-0               $0.49
First-Class Mail Letter
 0.80 oz.
 Expected Delivery: Sat 05/03/14
                                      ========
Issue PVI:                              $0.49

Total:                                  $1.47

Paid by:
Cash                                    $2.00
Change Due:                            -$0.53

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
******************************************
******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
******************************************
******************************************


Bill#: 1000205039208
Clerk: 07

   All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business
******************************************
******************************************
         HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

           YOUR OPINION COUNTS
******************************************
******************************************


                 Customer Copy
```