FILED

2014 MAY -5 PM 2:48

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | } | |
| **RENEE LOUISE MCCRAY** | } | Case No. 13-26131 |
| | | Chapter 7 |
| **DEBTOR** | } | |
| | } | |
| **WELLS FARGO BANK, N.A., et al.** | | |
| | } | |
| **MOVANT** | | |
| | } | Judge Nancy V. Alquist |
| vs. | | |
| | } | |
| **RENEE LOUISE MCCRAY and** | | |
| **CHARLES R. GOLDSTEIN, TRUSTEE** | } | |
| **RESPONDENTS** | } | |

## REPONDENT'S EMERGENCY MOTION
## FOR POSTPONEMENT AND REQUEST FOR HEARING

COMES NOW Respondent, Renee L. McCray in the above referenced case files this Motion for Postponement for the hearing of Relief from Stay scheduled for May 13, 2014 pursuant to Rule 5071-1(a) for the reasons stated as follows:

1. On April 9, 2014, Respondent sent Movant Requests for Production of Documents and Response to Interrogatories along with Respondent's First Request for Admission. Movant received this request on Monday, April 14, 2014.

2. On May 5, 2014, Respondent conferred by telephone with the Movant's attorney Kimberly Lane to see if Respondent would received these requests before the hearing scheduled for May 13, 2014. Ms. Lane stated she should not be talking with the Respondent and that they filed a motion to quash Respondent's discovery. However, Movant's motion was to quash

1

Respondent's subpoena which will be addressed in a different motion by Respondent. Respondent's previous discovery requests on April 9, 2014 is not related to Movant's Motion to Quash Subpoena for Rule 2004 Examination and should have no bearing on Respondent's April 9, 2014 discovery requests.

3. Respondent was requesting from the Movant an additional 15 to 20 days to receive the April 9, 2014 requests and to allow the Respondent time to properly review them. Respondent have no way of knowing if Movant will produce the documents timely or not which are due the day after the Relief from Stay May 13th hearing.

4. Respondent recently filed an Informal opening brief with the United States Court of Appeals for the Fourth Circuit and will be working on two lengthy reply briefs next week. Due to Respondent's overwhelming work load being pro se and is without staff or legal assistance to assist and for the above reasons stated above, Respondent is requesting a postponement of the Relief from Stay hearing for an additional 15 to 20 days.

5. This is Respondent's first application for postponement in this case.

**WHEREFORE, Respondent prays the Court for this relief and that it be so ordered.**

Respectfully submitted,

*Renee L. McCray*
Renee L. McCray, Debtor/Respondent
109 North Edgewood Street
Baltimore, Maryland 21229
Email: rlmccray@yahoo.com
(410) 945-2424

2

FILED
2014 MAY -5 PM 2:49
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Emergency Motion for Postponement and Request for Hearing has been sent to the parties listed below by USPS First Class Mail on May 5, 2014. (See attached mailing receipt).

Kimberly B. Lane
Samuel I. White, P.C.
611 Rockville Pike
Suite 100
Rockville, Maryland  20852

Charles R. Goldstein, Trustee
1 East Pratt Street
Suite 800
Baltimore, Maryland  21202

Dated:  May 5, 2014

_Renee L. McCray_
Renee L. McCray

```
                  CARROLL
              BALTIMORE, Maryland
                  212299998
               2303830009 -0098
05/05/2014    (800)275-8777    01:49:15 PM
═══════════════════════════════════════════
                Sales Receipt
Product          Sale  Unit        Final
Description      Qty   Price       Price
───────────────────────────────────────────

BALTIMORE MD 21202 Zone-0          $0.70
First-Class Mail Letter
  1.20 oz.
  Expected Delivery: Tue 05/06/14
                                  ========
Issue PVI:                         $0.70

ROCKVILLE MD 20852 Zone-1          $0.70
First-Class Mail Letter
  1.20 oz.
  Expected Delivery: Wed 05/07/14
                                  ========
Issue PVI:                         $0.70
                                  ────────
Total:                             $1.40

Paid by:
Cash                               $1.40


Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************


Bill#: 1000202226261
Clerk: 05

   All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business
*******************************************
*******************************************
         HELP US SERVE YOU BETTER

  Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
            POSTAL EXPERIENCE

           YOUR OPINION COUNTS
*******************************************
*******************************************


                Customer Copy
```