IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

**In re:**

**RENEE LOUISE MCCRAY,**

                **CASE NO. 13-26131-NVA**

 **DEBTOR.**

                **CHAPTER 7**

**WELLS FARGO BANK, N.A.,**

 **Movant.**

**vs.**

**RENEE LOUISE MCCRAY**
**CHARLES GOLDSTEIN, TRUSTEE,**

 **Respondents.**

### RESPONSE TO RESPONDENT'S EMERGENCY MOTION FOR POSTPONEMENT AND REQUEST FOR HEARING

 **Wells Fargo Bank, N.A.,** by counsel, submits the following in Response to the Debtor's Emergency Motion for Postponement and Request for Hearing:

 1. Wells Fargo Bank, N.A. is prepared to go forward with the hearing scheduled on May 13, 2014. Wells Fargo Bank, N.A. will be present with a witness from Wells Fargo Bank, N.A. and a handwriting expert witness.

 2. Any requests for documents received by undersigned counsel have been addressed in the Motion to Quash Subpoena filed with this Court on April 29, 2014 (Docket Number 61). The Debtor has

**Kimberly B. Lane, Esquire**
**Counsel for Movant**
**Samuel I White, P.C.**
**Bar No. 18513**
**611 Rockville Pike,**
**Suite 100**
**Rockville, MD 20852**
**(301) 804-3400**
**File No. 4663**

not filed any certificate of service stating that additional discovery requests were served on undersigned counsel.

3. Wells Fargo Bank, N.A. submits that any relevant documentation concerning the underlying Motion for Relief will be present at the hearing scheduled on May 13, 2014 at 10:30 AM.

WHEREFORE, Wells Fargo Bank, N.A. asks that this Court deny the Debtor's Emergency Motion for Postponement and Request for Hearing.

Respectfully submitted,

WELLS FARGO BANK, N.A.

**SAMUEL I. WHITE, P. C.**

By: **/s/ KIMBERLY B. LANE**

Randa S. Azzam, Esquire, Bar No. 22474
Kimberly B, Lane, Esquire, Bar No. 18513
Samuel I. White, P. C.
611 Rockville Pike,
Suite 100
Rockville, MD 20852
Tel: (301) 804-3400
Fax: (301) 838-1954
klane@siwpc.com

CERTIFICATE

I hereby certify that a true copy of the foregoing Response was served by regular mail or email this 6th day of May, 2014 on all necessary parties including, Charles R. Goldstein,Trustee, 1 East Pratt Street Suite 800, Baltimore, MD 21202; and Renee Louise McCray, Pro-se Debtor, 109 Edgewood Street , Baltimore, MD 21229.

**SAMUEL I. WHITE, P. C.**

By: **/s/ KIMBERLY B. LANE**