Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

---

Bankruptcy Proceeding No.:  13–26131
Judge:  Nancy V. Alquist

In Re:     Renee Louise McCray
           Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 2–A, Baltimore, MD 21201

on 5/13/14 at 10:30 AM

to consider and act upon the following:

68 – Respondent's Emergency Motion for Postponement of Hearing Scheduled for May 13, 2014 at 10:30 AM and Request for Hearing Filed by Renee Louise McCray . (related document(s) 46 Motion for Relief from Stay) (Attachments: # 1 Proposed Order) (Arter, Laurie) Modified on 5/5/2014 (Arter, Laurie).

70 – Response on behalf of Wells Fargo Bank, N.A. Filed by Kimberly Brooke Lane (related document(s)68 Motion for Miscellaneous Relief filed by Debtor Renee Louise McCray). (Lane, Kimberly)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 5/8/14

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter  301–344–3327