

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at BALTIMORE

| | | | |
|---|---|---|---|
| In Re: | * | | |
| RENEE L. MCCRAY | * | Case No. | 13-26131NVA |
| | * | Chapter | 7 |
| | * | | |
| Debtor(s) | * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    \*

<u>ORDER GRANTING, IN PART, MOTION [doc. 61] TO QUASH SUBPOENA</u>

The Court has reviewed the "Subpoena for 2004 Examination" served on Wells Fargo Bank, N.A. ("Wells Fargo") by Renee McCray, the debtor herein (the "Debtor or "Ms. McCray"), the Motion [doc. 61] to Quash Subpoena or for Protective Order filed by Wells Fargo, as well as the entire record in this case. The Subpoena commands the appearance of unnamed individuals with knowledge of certain facts set forth Ms. McCray. There is no provision allowing the use of the Federal Civil Rule 30(b)(6)-type designation of areas of inquiry in order to compel a particular person to testify at trial. Accordingly, this command will be quashed. Additionally, the Document Request attached to the Subpoena is narrowed to the extent that Wells Fargo is only required to produce documents that relate to the specific transaction that is the subject of the upcoming hearing on the motion [doc. 46] for relief from stay scheduled for May 13, 2014. For the foregoing reasons, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the Subpoena directed to witnesses from Ms. McCray to Wells Fargo Bank for the hearing dated May 13, 2014 is hereby quashed; and it is further

ORDERED that the Subpoena for documents from Ms. McCray to Wells Fargo Bank for the hearing dated May 13, 2014 is hereby limited to documents that relate to the specific transaction that is the subject of the hearing on the motion for relief from stay.

cc:    All Parties
       All Counsel

End of Order