

Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

|  |  |
|---|---|
| Renee Louise McCray<br>109 Edgewood Street<br>Baltimore, MD 21229 | **In re:** Case No.: 13–26131 – NVA   Chapter: 7 |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION
## EXTENDING DEADLINE TO FILE COMPLAINTS OBJECTING TO DISCHARGE

Upon the Chapter 7 Trustee's timely motion to extend the deadline for filing complaints objecting to entry of a discharge, good cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which a complaint may be filed to object to the discharge of the debtor(s) is extended to **July 11, 2014**.

NOTICE: THIS ORDER DOES NOT EXTEND THE DEADLINE TO FILE A COMPLAINT TO DETERMINE THAT A DEBT IS NOT DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(c).

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Chapter 7 Trustee – Charles R. Goldstein
      All Creditors

**End of Order**

22.1 – *larter*