Signed: May 20, 2014
SO ORDERED
FOR THE REASONS STATED ON THE RECORD DURING THE
HEARING  HELD ON THIS MATTER.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

In re:

RENEE LOUISE MCCRAY,

    DEBTOR.

CASE NO. 13-26131-NVA

CHAPTER 7

WELLS FARGO BANK, N.A.,

    Movant.
vs.

RENEE LOUISE MCCRAY
and CHARLES R. GOLDSTEIN, TRUSTEE,

    Respondents.

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic Stay filed by Wells Fargo Bank, N.A., its assignees and/or successors in interest ("Movant"), the Court having held an evidentiary hearing on May 13, 2014, and finding that Wells Fargo Bank, N.A. is the Noteholder and the proper party to bring this Motion for Relief, and that Wells Fargo Bank, N.A. is entitled to Relief under Section 362(d)(1) and 362 (d)(2) of the Bankruptcy Code, and for cause, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) in the above- captioned case is granted in favor of Movant and as to any purchaser at a foreclosure sale conducted at the direction of the Movant under the provisions of the Deed of Trust dated October 7, 2005, regarding the real property commonly known as 109 N. Edgewood Street , Baltimore, MD 21229, and recorded among the land records of the county of Baltimore, Maryland.

**ORDERED** that entry of this Order shall be deemed to constitute relief from the Automatic Stay as to any interest the Chapter 7 Trustee may have in the subject property.

**ORDERED** that in the event of foreclosure, if the Debtor fails to voluntarily vacate the premises the successful purchaser may pursue the necessary legal means to obtain possession of the property.

**ORDERED** that in the event of foreclosure sale of the subject property is consummated and surplus funds exist as a result of such sale, a copy of the Report of Sale and all Auditor's reports shall be served on the Bankruptcy Trustee.

**ORDERED** that upon filing of the Report of Sale, the auditor shall be notified of the name and the address of the Bankruptcy Trustee to whom the surplus must be paid.

**ORDERED** that the provisions set forth in this Order shall apply to any subsequent assignee of the Movant and/or their successors in interest.

## SERVICE LIST

| | |
|---|---|
| Renee Louise McCray<br>109 Edgewood Street<br>Baltimore, MD 21229 | Debtor |
| Charles R. Goldstein<br>1 East Pratt Street<br>Suite 800<br>Baltimore, MD 21202 | Chapter 7 Trustee |
| Wells Fargo Bank, N.A.<br>3476 Stateview Blvd<br>Fort Mill, SC 29715 | Movant |
| Kimberly B. Lane<br>klane@siwpc.com<br>611 Rockville Road, Suite 100<br>Rockville, MD 20852 | Counsel for Movant |

**END OF ORDER**