MOOT. HEARING HAS BEEN HELD.

Date signed May 29, 2014

---

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND
## (Baltimore Division)

| | |
|---|---|
| In re: } | |
| RENEE LOUISE MCCRAY } | |
|     DEBTOR } | Case No. 13-26131 |
| WELLS FARGO BANK, N.A., et al. } | Chapter 7 |
|     MOVANT } | |
| vs. } | Judge Nancy V. Alquist |
| RENEE LOUISE MCCRAY and CHARLES R. GOLDSTEIN, TRUSTEE } | |
|     RESPONDENTS } | |

**[PROPOSED] ORDER**

The Emergency Motion to Postpone the May 13, 2014 Relief from Stay hearing by the Respondent, Renee Louise McCray as captioned above having come before this court for consideration, it is this ___ day of _____, 2014, is hereby GRANTED; and

ORDERED that the Relief from Stay hearing will be rescheduled for:

_____

                                        _____
                                        **Judge, United State Bankruptcy**
                                        **Court for the District of Maryland**

*[Watermark: NOT AN ORDER]*