Case No. 13-26131

Chapter 7

WELLS FARGO BANK, N.A.,
    MOVANT

vs.

RENEE LOUISE MCCRAY and
CHARLES R. GOLDSTEIN, TRUSTEE

       RESPONDENTS

---

**NOTE TO THE CLERK OF THE COURT:**

If at all possible, the attached is an exhibit that should be included with Document 96 – Motion for Miscellaneous Relief as Exhibit 2 in the above referenced case.

                              Renee L. McCray, Respondent
                              UCC 1-308 Without Prejudice
                              109 North Edgewood Street
                              Baltimore, Maryland 21229
                              Email: rlmccray@yahoo.com
                              (410) 945-2424

Case No. 13-26131

# EXHIBIT "2"



**MATT SCHULTZ**
*Secretary of State*
*State of Iowa*

**Application for Appointment as Notary Public**

READ the instructions on the back before com...

D448793

RINT CLEARLY.

1. Joel Altringer
   Name  NOTE: Notarize all documents with the name *exactly* as provided above.

2. 10546 Forest Ave
   Complete Home Mailing Address
   Clive, IA 50325
   City, State, ZIP                                   (319) 290-7097
                                                     Home Phone Number

3. Wells Fargo Home Mortgage
   Complete Employer Name
   475 SW 5th St
   Complete Employer Address
   Des Moines, IA 50309                              (515) 697-5413
   City, State, ZIP                                   Work Phone Number

4. Check the box to indicate which address you wish to designate for mailing purposes. (If no address specified, home address will be designated.)  ☐ Home  ☑ Business

   If you have provided business contact information different from your home information, you may opt to shield your home address, phone number and e-mail from display on the Secretary of State's website. Would you like to exercise this option?  ☑ Yes  ☐ No

5. E-Mail Address: (optional)
   (home) _____
   (work) _____

6. Date of Birth: 05/20/1982
   I am: (check one)
   ☑ A resident of Iowa.
   ☐ A resident of _____, a state bordering Iowa, with work or business in Iowa.

   771334

7. Have you ever had your Notary Commission revoked or suspended or has any other discipline been imposed upon you as a Notary in Iowa or any other state?  ___ Yes  ☑ No
   If "Yes", please identify the state(s), the date(s) of the action(s) and the reason(s) for the action(s).

8. Have you been adjudged mentally incompetent or convicted of a felony?  ___ Yes  ☑ No
   If yes, have you received a restoration of rights?  ___ Yes  ___ No

9. Do you wish to have your name placed on a list of bilingual notaries?  ___ Yes  ☑ No
   List language(s) in which you are fluent: _____

10. Include your filing fee of $30.00. Make check payable to SECRETARY OF STATE.

I certify under penalty of perjury and pursuant to the laws of the state of Iowa that the preceding is true and correct.
I understand that I may not notarize any documents until I have received my notary commission from the Secretary of State.

11. *Joel Altringer* (signature)                    1/6/2012
    Signature                                       Date

rev 01/07 /07

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Exhibit 2 for Respondent's Motion to Dismiss for Lack of Subject Matter Jurisdiction has been sent to the parties listed below by USPS Certified Mail and USPS First Class Mail on July 23, 2014. (See attached mailing receipt).

Kimberly B. Lane
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, Maryland  20852

Charles R. Goldstein, Trustee
1 East Pratt St., Suite 800
Baltimore, Maryland  21202

Wells Fargo Bank, N.A.
3476 Stateview Blvd.
Fort Mill, SC  29715

Dated:  July 23, 2014

*/s/ Renee L. McCray*
Renee L. McCray

```
                CARROLL
           BALTIMORE, Maryland
                212299998
              2303830009 -0099
07/23/2014    (800)275-8777    10:41:37 AM

                Sales Receipt
Product         Sale  Unit        Final
Description     Qty   Price       Price

ROCKVILLE MD 20852 Zone-1         $0.49
First-Class Mail Letter
  1.00 oz.
  Expected Delivery: Fri 07/25/14
                                ========
Issue PVI:                        $0.49

FORT MILL SC 29715 Zone-4         $0.49
First-Class Mail Letter
  1.00 oz.
  Expected Delivery: Sat 07/26/14
                                ========
Issue PVI:                        $0.49

BALTIMORE MD 21202 Zone-0         $0.49
First-Class Mail Letter
  1.00 oz.
  Expected Delivery: Thu 07/24/14
                                ========
Issue PVI:                        $0.49

Total:                            $1.47

Paid by:
Cash                              $2.00
Change Due:                      -$0.53

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************


Bill#: 1000100918597
Clerk: 05

   All sales final on stamps and postage
   Refunds for guaranteed services only
        Thank you for your business
*******************************************
*******************************************
         HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

            YOUR OPINION COUNTS
*******************************************
*******************************************


                Customer Copy
```