Case No. 13-26131

In re:

RENEE LOUISE MCCRAY

# AFFIDAVIT OF SECURE INTEREST

FILED
2015 AUG -4 PM 2:31
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

# AFFIDAVIT OF SECURE INTEREST
## RE: 109 NORTH EDGEWOOD STREET, BALTIMORE, MARYLAND [21229]

State of Maryland   }
                    } ss:
City of Baltimore   }

PLEASE TAKE NOTICE, that **Renee L. McCray,** your affiant and the undersigned, with personal knowledge of matters set forth herein, one of the people of Maryland, in correct public capacity, being of majority in age, competent to testify with clean hands, without waiving any rights, remedies, or defenses declares, verifies and affirms that the facts stated herein are true, correct, and complete in all material fact, not misrepresented and made under the penalties of perjury of the laws of the united States of America and the State of Maryland, except those statements of fact made upon information and belief, and as to those statements, the undersigned believes them to be true:

1. The undersigned has a secured interest in the following property/land commonly known as: 109 NORTH EDGEWOOD STREET, BALTIMORE, MARYLAND [21229] with a Legal Description of:

    > BEGINNING FOR THE SAME on the southeast side of Edgewood Street at a point distant 89.26 feet northeasterly from the corner or intersection formed by the northeast side of Caton Avenue and the southeast side of Edgewood Street, said point of beginning being also at a point in line with the center line of a partition wall erected between the house on the lot now being described and the house on the lot adjoining thereto on the southwest; and running thence northeasterly and binding on the southeast side of Edgewood Street 19.5 feet to a point in line with the center line of another partition wall erected between the house on the lot now being described and the house on the lot adjoining thereto on the northeast; thence running to and through the center of said second mentioned partition wall and at about right angles to Edgewood Street 90 feet to the northwest side of a 15 foot alley there laid out; thence running southwesterly and binding on the northwest side of a said 15 foot alley with the use thereof in common with other 19.5 feet to a point in line with the center line of the partition wall first herein mentioned; and thence running northwesterly to and through the center of said first mentioned partition wall 90 feet to the place of beginning. The improvements thereon being known as No. 109 Edgewood Street (a/k/a 109 North Edgewood Street).

2. The undersigned acquired above-described property on June 30, 1994.

3. The undersigned made the following expenditures/improvements/maintenance from June 30, 1994 to July 31, 2015, that created the secured interest/equity in the subject property/land:

| ITEM-OR-IMPROVEMENT | YEAR | COST | LABOR |
|---|---|---|---|
| Down Payment | 1994 | $ 3,500.00 | |
| Payments Fairfax Mortgage Corp. 8/1994 – 10/1995 | | $ 5,122.88 | |
| Payments Bogman, Inc. 11/95 – 9/2005 | | $ 43,178.56 | |
| Home Owner's Insurance | 1994-2012 | $ 9,661.00 | |
| Home Owner's Insurance – Prudential | 1998-2014 | $ 4,119.10 | |
| Property Taxes | 1994-2012 | $ 22,340.63 | |
| Ground Rent | 1994-2012 | $ 1,575.00 | |
| Lawn Maintenance Front/Back Yards (April – Sept) | 1994 | $ | $ 480.00 |
| Landscape Front Yard | 1994 | $ 800.00 | $ 1,400.00 |
| House Painting (Interior) | 1994 | $ 400.00 | $ 1,200.00 |
| Stain Hardwood Floors | 1994 | $ 150.00 | $ 900.00 |
| Replaced Kitchen Floor | 1994 | $ 120.00 | $ 600.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 1994 | | $ 400.00 |
| Plumber | 1995 | | $ 275.00 |
| Landscape Front Yard | 1995 | $ 350.00 | $ 800.00 |
| Lawn Maintenance Front/Back Yards (April – Sept) | 1995 | | $ 480.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 1995 | | $ 400.00 |
| Roof Repair | 1996 | | $ 1,575.00 |
| Lawn Maintenance Front/Back Yards (April – Sept) | 1996-1997 | | $ 960.00 |
| Landscape Front Yard | 1996-1997 | $ 350.00 | $ 1,600.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 1996-1997 | | $ 800.00 |
| Cement Work Backyard Porch/Steps | 1998 | $ 175.00 | $ 325.00 |
| Lawn Maintenance Front/Back Yards (April – Sept) | 1998-2001 | | $ 1,920.00 |
| Landscape Front Yard | 1998-2001 | $ 1,100.00 | $ 3,200.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 1998-2001 | | $ 1,600.00 |
| Electrical Work | 2002 | $ 1,500.00 | $ 1,000.00 |
| Cement Work Backyard Foundation | 2002 | $ 1,200.00 | $ 900.00 |
| Paint Exterior Front Porch Ironing | 2002 | $ 550.00 | $ 500.00 |
| Landscape Front Yard | 2002-2005 | $ 1,200.00 | $ 3,200.00 |
| Lawn Maintenance Front/Back Yards (April – Sept) | 2002-2005 | | $ 1,920.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 2002-2005 | | $ 1,600.00 |
| Cement Work Front Steps | 2006 | | $ 250.00 |
| Cement Work Back Yard Foundation | 2006 | | $ 450.00 |
| Re-Painted Exterior Front Porch Ironing | 2006 | | $ 350.00 |
| Lawn Maintenance Front/Back Yard (April – Sept) | 2006-2008 | | $ 1,440.00 |
| Landscape Front Yard | 2006-2008 | $ 1,050.00 | $ 2,400.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 2006-2008 | | $ 1,600.00 |
| Replaced Security Doors Front/Back | 2008 | $ 660.00 | $ 350.00 |
| Paint Interior | 2008 | $ 400.00 | $ 1,000.00 |
| | | | |

| ITEM-OR-IMPROVEMENT | YEAR | COST | LABOR |
|---|---|---|---|
| Lawn Maintenance Front/Back Yard (April – Sept) | 2008-2010 | | $ 2,800.00 |
| Landscape Front Yard | 2008-2010 | $ 1,050.00 | $ 2,400.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 2008-2010 | | $ 1,200.00 |
| Roof Repair | 2010 | | $ 650.00 |
| Security System | 2010 | $ 243.00 | |
| Replaced Gutters Back Roof | 2011 | | $ 250.00 |
| Security System | 2011 | $ 576.00 | |
| New Vinyl Floor – Kitchen | 2011 | $ 125.00 | $ 400.00 |
| Lawn Maintenance Front/Bank Yard (April – Sept) | 2011 | | $ 600.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 2011 | | $ 400.00 |
| Lawn Maintenance Front/Back Yard (April – Sept) | 2012 | | $ 600.00 |
| Security System | 2012 | $ 576.00 | |
| Cement Work Front Yard Steps/Porch | 2012 | $ | $ 250.00 |
| Cement Work Back Yard Foundation | 2012 | $ | $ 400.00 |
| Lawn Maintenance Front/Back Yard (April – Sept) | 2012 | $ | $ 600.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 2012 | $ | $ 400.00 |
| Security System | 2013 | $ 576.00 | |
| Lawn Maintenance Front/Bank Yard (April – Sept) | 2013 | $ | $ 600.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 2013 | $ | $ 400.00 |
| Security System | 2014 | $ 576.00 | |
| Lawn Maintenance Front/Back Yard (April – Sept) | 2014 | $ | $ 600.00 |
| Lawn Maintenance (Oct. – Jan.) – Leaf Removal | 2014 | | $ 400.00 |
| Stabilizing Front Porch | 2014 | | $ 724.00 |
| Security System (Jan. – July) | 2015 | $ 336.00 | |
| Lawn Maintenance Front/Bank Yard (April – July) | 2015 | $ | $ 400.00 |
| Payments 12/2005 – 5/2012 (WFHM) | | $ 29,476.37 | |
| Upkeep from 6/30/1994 – 7/31/2015 @$8.00/hr – 24 hrs day 365 Days a Week | | $1,407,552.00 | |
| | | $1,466,452.30 | $ 49,949.00 |
| SUB-TOTAL | | $1,540,588.50 | |
| 5% Interest on Payments and Cost | | $ 79,526.87 | |
| | | | |
| GRAND TOTAL | | $1,620,115.30 | |

4. The total secured interest/equity the undersigned has in the subject property as of July 31, 2015, is $1,620,115.30

5. The undersigned has used receipts where receipts were available and best estimates based on memory where receipts were lacking or were so old as to have been destroyed.

6. This secured interest/equity total is subject to change upon the remembrance of the undersigned and upon the subsequent expenditures/improvements/maintenance on said property/land.

7. THE UNDERSIGNED THEREFORE RESERVES ALL RIGHTS TO ADJUST THE SUM CERTAIN OF SECURED, EQUITY INTEREST IN THE SUBJECT PROPERTY AND REFLECT ADDITIONAL IMPROVEMENTS, MAINTENANCE AND/OR EXPENSES.

Dated this 3rd day of August, 2015. Done under my hand and seal of any freewill act and deed.

By: _____
Renee L. McCray, Authorized Signatory for and
Director of RENEE L. MCCRAY, a Legal Person
109 Edgewood Street
Baltimore, Maryland [21229]

## JURAT

State of Maryland    }
                     } ss:
City of Baltimore    }

On this 3rd day of August, 2015, before me DENISE E. PAILIN a Notary Public in and for the State of Maryland and City of Baltimore, personally appeared **Renee L. McCray**, who proved to me on the basis of satisfactory evidence to be the living woman who attested and subscribed to the within above instrument, by the above-names party's unlimited commercial liability, as a true, correct, complete and not misleading, and further proven that she is the woman subscribed to within this instrument.

Witness my hand and seal this 3rd day of August, 2015.

_____
Notary Public

Seal:

My Commission Expires: 03/07/2018

AFFIDAVIT OF SECURE INTEREST
RE: 109 North Edgewood Street, Baltimore, Maryland [21229]

Page 4 of 4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Affidavit of Secure Interest has been sent to the parties listed below by USPS First Class Mail on August 4, 2015. (See attached mailing receipt).

Kimberly B. Lane
Samuel I. White, P.C.
611 Rockville Pike, Suite 100
Rockville, Maryland  20852

Charles R. Goldstein, Trustee
1 East Pratt St., Suite 800
Baltimore, Maryland  21202

Wells Fargo Bank, N.A.
3476 Stateview Blvd.
Fort Mill, SC  29715

Dated:  August 4, 2015

_Renee L. McCray_
Renee L. McCray

```
=====================================
              CARROLL
          340 S LOUDON AVE
             BALTIMORE
                MD
             212299998
08/04/2015    (800)275-8777    1:53 PM
=====================================
=====================================
Product                 Sale      Final
Description             Qty       Price

First-Class              1        $0.49
Mail
Letter
    (Domestic)
    (ROCKVILLE, MD  20852)
    (Weight:0 Lb 0.70 Oz)
    (Expected Delivery Day)
    (Thursday 08/06/2015)
First-Class              1        $0.49
Mail
Letter
    (Domestic)
    (FORT MILL, SC  29715)
    (Weight:0 Lb 0.70 Oz)
    (Expected Delivery Day)
    (Friday 08/07/2015)
First-Class              1        $0.49
Mail
Letter
    (Domestic)
    (BALTIMORE, MD  21202)
    (Weight:0 Lb 0.70 Oz)
    (Expected Delivery Day)
    (Thursday 08/06/2015)
_____
Total                             $1.47
_____
Cash                              $2.00
Change                           ($0.53)

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.


*****************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*****************************************


    All sales final on stamps and postage
    Refunds for guaranteed services only
         Thank you for your business

            HELP US SERVE YOU BETTER

                   Go to:
        https://postalexperience.com/Pos
```



```
         TELL US ABOUT YOUR RECENT
              POSTAL EXPERIENCE

              YOUR OPINION COUNTS
```