### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **13–26131 – NVA**   Chapter: **7**

**Renee Louise McCray**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 108 – Motion to Reopen Chapter 7 Bankruptcy Case for Relief from Judgment and Violation of the Bankruptcy Discharge. Receipt Number No Fee Paid, Fee Amount $260. Filed by Renee Louise McCray . (Attachments: # 1 Exhibit) (Hegerle, Robert) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/2/19.** |
| CURE: | The filing fee of $260 for Reopening of Chapter 7 Case must be paid. (28 U.S.C. §1930) |

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

U.S. Bankruptcy Court
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21201

U.S. Bankruptcy Court
U.S. Courthouse
6500 Cherrywood Lane, Suite 300
Greenbelt, MD 20770

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 11/18/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Robert Hegerle
301–344–3399

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)