IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Renee L. McCray

v.                                                Case No. 13-26131

Wells Fargo Bank, NA

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

4-22-2020
Date

Renee L. McCray
Signature

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case number, and the question being answered.

My issues on appeal are:

Petitioner disagrees with the Bankruptcy Court's order dated March 31, 2020. The Petitioner has genuine fact evidence that Respondent violated FRCP 60(d)(3) and would like to reopen her bankruptcy case.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ | $ | $ |
| Income from real property (such as rental income) | $ N/A | $ | $ | $ |
| Interest and dividends | $ N/A | $ | $ | $ |
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |
| Child support | $ N/A | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 2,191.00 | $ N/A | $ 2,191.00 | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $ N/A | $ | $ | $ |
| Other (specify): Stimulus Check | $ N/A | $ | $ 1,200.00 | $ |
| Total monthly income: | $ 2,191.00 | $ 0 | $ 3,391.00 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | N/A | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | N/A | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have?   $ 32.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| M&T Bank | Checking/Savings | $ 134.00 | $ N/A |
|  |  | $ | $ |
|  |  | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| $78,700.00 | N/A | Make & Year: Honda 2011 |
|  |  | Model: Fit - $7,097.00 |
|  |  | Registration No.: JHMGE8H53BC015395 |

| Other assets | Other assets | Motor Vehicle #2 (Value) |
|---|---|---|
| N/A | N/A | Make & Year: N/A |
|  |  | Model: N/A |
|  |  | Registration No.: |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person(s) owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| Expenses | Amount expected next month — You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real-estate taxes included? ☐ YES ☑ NO  Is property insurance included? ☐ YES ☑ NO | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 585.00 | $ |
| Home maintenance (repairs and upkeep) | $ 100.00 | $ |
| Food | $ 380.00 | $ |
| Clothing | $ 30.00 | $ |
| Laundry and Dry Cleaning | $ 0 | $ |
| Medical and dental expenses | $ 60.00 | $ |
| Transportation (not including motor vehicle payments) | $ 45.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 50.00 | $ |
| Insurance (not deducted from wages or included in Mortgage payments): | | |
| Homeowner's or renter's | $ 0 | $ N/A |
| Life | $ 104.00 | $ |
| Health | $ 136.00 | $ |
| Motor Vehicle | $ 155.00 | $ |
| Other: Storage | $ 111.00 | $ |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): | $ N/A | $ N/A |
| Installment payments | | |
| Motor Vehicle | $ N/A | $ |
| Credit card (name): | $ N/A | $ |
| Department Store (name): | $ N/A | $ |
| Other: Personal Loans | $ 240.00 | $ |
| Alimony, maintenance, and support paid to others | $ N/A | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ |
| Other (specify): N/A | $ N/A | $ |
| Total monthly expenses: | $ 1,996.00 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☑ YES    ☐ NO    If yes, describe on an attached sheet. -- *See Attached*

10. Have you paid - or will you be paying- an attorney any money for services in connection with this case, including the completion of this form?

    ☐ YES    ☑ NO    If yes, how much? $_____

    If yes, state the attorney's name, address, and telephone number:

    *N/A*

11. Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ YES    ☑ NO    If yes, how much? $ *N/A*

    If yes, state the attorney's name, address, and telephone number:

    *N/A*

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    *Income and Living Expenses do not allow me to pay the cost for an Appeal.*

13. State the address of your legal residence.

    *109 N. Edgewood St.*
    *Baltimore, MD 21229*

Your daytime telephone no.: (410) 945-2424   Your age: 61

Your social security no.: 215789178   Your years of schooling: 12

4-22-2020
Date

Renée L. McCray
Signature

Renée L. McCray
Printed name

109 N. Edgewood St., Baltimore, MD 21229
Address

(410) 945-2424
Telephone number

mccrayr227@gmail.com
Email address

## **ATTACHMENT PAGE FOR QUESTION 9**

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? If yes, describe on an attached sheet.

   I am to receive a $1,200.00 stimulus check in the mail. The stimulus check will allow me to pay for needed car repairs and to pay down a $1,800.00 dental bill. I also had to borrow the filing fee of $260.00 in order to file the Motion to Reopen the bankruptcy case.