# UNITED STATES BANKRUPTCY COURT
## TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Robert Hegerle   Phone Number: 301–344–3399   Date: 5/4/20

*BANKRUPTCY MATTER (answer only one):*

- ☑ 1. Appeal   ☐ Cross Appeal (if applicable)   Appellant's Designation of Record included: ☐ yes ☑ no
    - ☐ Initial Transmittal
    - ☑ Transmittal of Record on Appeal (USDC Case No. 20–cv–00973–SAG)
    - ☐ Supplemental Transmittal (reason: )
- ☐ 2. Motion/Request for Direct Appeal to 4th Circuit USCA
- ☐ 3. Motion for Leave to Appeal (Interlocutory Appeal)
- ☐ 4. Motion for Withdrawal of Reference
- ☐ 5. Findings of Fact and Conclusions of Law (No Objections)
- ☐ 6. Findings of Fact and Conclusions of Law with Objection
- ☐ 7. Contempt
- ☐ 8. Other:

*RELATED CASE INFORMATION (answer all):*

1. Bankruptcy Case Number: 13–26131   Chapter: 7
2. Adversary Proceeding Number (if applicable): N.A.
3. U.S. Bankruptcy Judge: Nancy V. Alquist
4. Related U.S. District Court Civil Action Number (if applicable): None
5. Fee Paid:   ☐ yes   ☑ no
6. Additional comments:

*PARTY INFORMATION (answer all):*

1. Debtor: Renee Louise McCray
2. Trustee (if applicable): Charles R. Goldstein

Appellant/Movant: Renee Louise McCray

Appellant/Movant's Counsel: N.A.

Appellee/Respondent: Wells Fargo Bank, N.A.

Appellee/Respondent's Counsel: Sarah Meyer

transmdc (07/28/2015) – *rhegerle*