IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | } | |
| **RENEE LOUISE MCCRAY**<br>Debtor | } | Case No.: 13-26131 |
| | } | Chapter 7 |
| Renee L. McCray<br>Appellant | } | |
| | } | |
| vs. | | |
| | } | |
| **WELLS FARGO BANK, N.A.**<br>Appellee | } | |
| | } | |

## APPELLANT'S SUPPLEMENTAL STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

### BACKGROUND

1. On March 31, 2020, the Court denied the Appellant's Motion to Reopen and Request for an Evidentiary Hearing (Doc. 113).

2. On April 10, 2020, the Appellant filed a Motion for Reconsideration of the Court's Order Denying the Motion to Reopen the Bankruptcy Case and for Other Relief (Doc. 115).

3. On April 24, 2020, the Appellee filed an Opposition to the Appellant's Motion for Reconsideration (Doc. 122).

4. On May 1, 2020, the Appellant filed a Response to the Appellee's Opposition (Doc. 125).

5. On May 6, 2020, the Court denied the Appellant's Motion for Reconsideration (Doc. 128).

6. On May 14, 2020, the Appellant filed a Notice of Objection to the Court's Order Denying the Motion for Reconsideration.

7. On May 14, 2020, the Appellant filed an Amended Notice of Appeal, which included the Court's Order denying the Motion for Reconsideration.

## SUPPLEMENTAL STATEMENT OF ISSUES ON APPEAL

8. Appellant's appeal seeks to address the following additional issues:

    I. Did the Bankruptcy Court err and/or abuse its discretion when it denied the Appellant's Motion for Reconsideration.

    II. Did the Bankruptcy Court err and/or abuse its discretion by not allowing the Appellant's Motion for Reconsideration, in order to prevent a manifest injustice.

    III. Did the Bankruptcy Court err and/or abuse its discretion by not allowing the Appellant to present genuine fact evidence of the Appellee's attorneys violation of FRCP 60(d)(3), denying the Appellant the right under the U.S. Constitution 14th Amendment of equal protect of the laws.

    IV. Did the Bankruptcy Court err and/or abuse its discretion by denying the Appellant's constitutional rights established under Maryland Constitution Declaration of Rights, Article 19 and the Maryland Commercial Law Code, Article 3.

## SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

9. The enclosed documents should be added to the previous designation of record on appeal:

| FILE DATE | PAPER NO. | PLEADING |
|---|---|---|
| 04/10/2020 | 115 | Motion for Reconsideration |
| 04/24/2020 | 122 | Opposition to Motion for Reconsideration |
| 05/01/2020 | 125 | Response to Opposition (with Annexes) |
| 05/14/2020 | | Petitioner's Notice of Objection to the Court's Order Denying the Motion for Reconsideration |

Respectfully Submitted,

*Renee R. McCray*
Renee L. McCray, Appellant
c/o 109 North Edgewood Street
Baltimore, MD 21229
(410) 945-2424

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Appellant's Supplemental Statement of Issues and Designation of Record on Appeal (the Appellee have previously been mailed the Appellant's pleadings, the Bankruptcy Court's Memorandum Order, and have access to the court's ECF system) was sent to the parties listed below by USPS First Class Mail on May 14, 2020.

Sarah E. Meyer
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202

*Renee R. McCray*
Renee L. McCray

BALTIMORE-NIGHT BOX

MAY 14 AM 11:21

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

Renee L. McCray
c/o 109 North Edgewood Street
Baltimore, MD 21229

May 14, 2020

United State Bankruptcy Court
101 West Lombard St., 8th Floor
Baltimore, MD 21201
Attn: Clerk of the Court

RE: McCray v. Wells Fargo Bank, N.A.
    Bankruptcy Case No.: 13-26131

**TO THE CLERK OF THE COURT:**

Enclosed is the Appellant's Supplemental Statement of Issues and Designation of Record on Appeal with the necessary documents.

If you have any questions, concerning this correspondence or package, please contact me immediately at (410) 945-2424. Thanking you in advance for your assistance in this matter.

Renee L. McCray, Appellant


Enclosures