IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re: | * | |
| **RENEE LOUISE MCCRAY** | * | Case No. 13-26131 |
| Debtor/Petitioner | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DESIGNATIONS OF RECORD AND ISSUES ON APPEAL

Wells Fargo Bank, N.A. ("Appellee"), by its undersigned counsel, hereby submits this Designations of Record and Issues on Appeal, pursuant to Federal Rule of Bankruptcy Procedure 8009, with respect to the appeal styled *Renee Louise McCray v. Wells Fargo Bank, N.A.*, in the U.S. District Court for the District of Maryland, Case No. 1:20-cv-00973-SAG.

### Record Designations

Appellant, Renee Louise McCray ("Debtor"), filed two designations of record which designated documents relating to the Motion to Reopen. The Debtor improperly designates Document 131, which was filed after the appealed Orders. The Appellee hereby designates the following additional items for inclusion in the record:

- Doc Nos. 1, 46, 51, 68, 70, 78, 79, 82, 84, 91, 94, 96-100, 103, 107, 108, 111, 112, 113, 115, 122, 125, and 128 in the above-captioned bankruptcy and all attachments and exhibits thereto;

- The Appellant's Designations of Record and Issues on Appeal (Doc Nos. 127 and 133); and,

- This Designation of Record and Issues on Appeal.

### Statement of Issues

Appellee also submits the following Statement of Issues in the Appeal:

- Whether the Bankruptcy Court properly denied the Debtor's Federal Rule 60 Motion to Reopen the above-referenced bankruptcy which was dismissed nearly six years

earlier to vacate the May 21, 2014 Order granting Wells Fargo's Motion for Relief from the Automatic Stay?

- Whether the Bankruptcy Court properly denied the Debtor's Motion for Reconsideration of the March 31, 2020 Order denying her Rule 60 Motion to Reopen?

RESPECTFULLY SUBMITTED,

*/s/ Sarah E. Meyer*
Sarah E. Meyer, Bar No. 29448
Email: Sarah.Meyer@wbd-us.com
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Phone: 410-545-5803
Fax: 410-545-5801

*Counsel for Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May 2020, a copy of the foregoing was filed and served via CM/ECF upon counsel of record and by first-class mail, postage prepaid upon:

Renee L. McCray
109 North Edgewood Street
Baltimore, MD 21229

*/s/ Sarah E. Meyer*
Sarah E. Meyer, Bar No. 29448
