# UNITED STATES BANKRUPTCY COURT
## TRANSMITTAL SHEET TO UNITED STATES DISTRICT COURT

Transmitted by: Robert Hegerle   Phone Number: 301−344−3399   Date: 5/19/20

**BANKRUPTCY MATTER (answer only one):**

- ☐ 1. Appeal   ☐ Cross Appeal (if applicable)   Appellant's Designation of Record included: ☑ yes  ☐ no
    - ☐ Initial Transmittal
    - ☐ Transmittal of Record on Appeal (USDC Case No.20−cv−00973−SAG )
    - ☑ Supplemental Transmittal (reason: ECF #132 Amended Notice of Appeal, ECF #127 and ECF #133 Appellant Designation, and ECF #134 Appllee Designation)
- ☐ 2. Motion/Request for Direct Appeal to 4th Circuit USCA
- ☐ 3. Motion for Leave to Appeal (Interlocutory Appeal)
- ☐ 4. Motion for Withdrawal of Reference
- ☐ 5. Findings of Fact and Conclusions of Law (No Objections)
- ☐ 6. Findings of Fact and Conclusions of Law with Objection
- ☐ 7. Contempt
- ☐ 8. Other:

**RELATED CASE INFORMATION (answer all):**

1. Bankruptcy Case Number: 13−26131   Chapter: 7
2. Adversary Proceeding Number (if applicable):
3. U.S. Bankruptcy Judge: Nancy V. Alquist
4. Related U.S. District Court Civil Action Number (if applicable): 18−cv−03491−TDC
5. Fee Paid:  ☑ yes  ☐ no
6. Additional comments: Filing Fee paid on 5/18/2020

**PARTY INFORMATION (answer all):**

1. Debtor: Renee Louise McCray
2. Trustee (if applicable): Charles R. Goldstein

Appellant/Movant: Renee Louise McCray

Appellant/Movant's Counsel: N.A.

Appellee/Respondent: WElls Fargo Bank, N.A.

Appellee/Respondent's Counsel: Sarah E. Meyer

transmdc (07/28/2015) − rhegerle