USCA4 Appeal: 20-2148    Doc: 18    Filed: 05/06/2021    Pg: 1 of 1
Case 13-26131    Doc 145    Filed 05/06/21    Page 1 of 1
Case 1:20-cv-00973-SAG    Document 20    Filed 05/06/21    Page 1 of 1

FILED: May 6, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2148
(1:20-cv-00973-SAG)

_____

RENEE L. MCCRAY

        Petitioner - Appellant

v.

WELLS FARGO BANK, N.A.

        Respondent - Appellee

and

CHARLES R. GOLDSTEIN

        Trustee

_____

M A N D A T E

_____

The judgment of this court, entered April 14, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                 */s/Patricia S. Connor, Clerk*